# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   vs.<br><br>TERRY LYNN RANSOM (1),<br><br>                   Defendant. | CASE NO. 15CR0662-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of Illegal Aliens for Financial Gain and Aiding and Abetting (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/08/2015

                                                   Nita L. Stormes
                                                   U.S. Magistrate Judge

FILED
APR 0 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY